FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 APR 13 AM 11: 33

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

United States of America )
v. )
) Case No: 1:11CR00265-001
Jesus Ivan Alonzo )
) USM No: 17072-021

Date of Original Judgment: February 15, 2012 ) Michael C. Garrett
Date of Previous Amended Judgment: Not Applicable ) Defendant's Attorney
*(Use Date of Last Amended Judgment if Any)*

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __96__ months **is reduced to** __77 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __February 15, 2012,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/10/2015

*Judge's signature*

J. Randal Hall
Effective Date: November 1, 2015         United States District Judge
*(if different from order date)*              *Printed name and title*